**UNITED STATES DISTRICT COURT**
**FOR THE DISTICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Case No. 26-mj-52** |
| | : | |
| **Zaira Tecan-Tejeda** | : | |
| | : | |
| **Defendant.** | : | |

**ORDER**

On March 10, 2026, the Court conducted an Initial Appearance and Rule 5 Removal Hearing for Defendant Zaira Tecan-Tejeda. Defendant was advised of the charge in the Indictment and of her rights. Defendant waived her right to an identity hearing and submitted on the warrant, a copy of which was provided to her during the hearing. The government requested that Defendant be held pending removal to the District Court for the District of Colorado by the United States Marshals Service. Defendant did not waive her right to a detention hearing if the government seeks her pretrial detention in the District Court for the District of Colorado but elected to have any such hearing in that district.

The United States Marshals Service is hereby **ORDERED** to transport Defendant Zaira Tecan-Tejeda to the District Court for the District of Colorado for further proceedings.

**IT IS SO ORDERED.**

Date: March 10, 2026

_____
THE HONORABLE ZIA M. FARUQUI
UNITED STATES MAGISTRATE JUDGE